**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **ROOR INTERNATIONAL BV and SREAM, INC.,** | § § § § | |
| Plaintiffs, | § § | **Civil No.: 4:17-cv-00714-ALM-KPJ** |
| v. | § § | |
| **TEXAS TOBACCO 3 and JOHN DOE,** | § § | |
| Defendants. | § § | |

# ORDER

This case has been pending since October 8, 2018, with no activity by the parties since June 25, 2019, when Plaintiffs filed a Notice Regarding Default Judgment (the "Notice") (Dkt. 11). In the Notice Plaintiffs inform the Court that the Plaintiffs do not wish to proceed with a default judgment, in order to allow Defendants time to respond. *See* Dkt. 11.

**IT IS THEREFORE ORDERED** that the Motion for Default Final Judgment (Dkt. 9) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that **no later than October 3, 2019**, Plaintiffs shall file a Status Report advising the Court of the status of the underlying lawsuit and how Plaintiffs intend to proceed in this case.

**So ORDERED and SIGNED this 19th day of September, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE