# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| **ROOR INTERNATIONAL BV and SREAM, INC.,** § § § § | |
| Plaintiffs, § § | |
| v. § | Civil No.: 4:18-cv-00714-ALM-KPJ |
| § § | |
| **TEXAS TOBACCO 3 and JOHN DOE,** § § § | |
| Defendants. § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 20, 2020, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #34) that Plaintiffs' Motion for Default Judgment (the "Motion") (Dkt. #22) be denied.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, Plaintiffs' Motion for Default Judgment (Dkt. #22) is hereby **DENIED**.

**IT IS SO ORDERED**.

**SIGNED** this 11th day of September, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE